**Order entered November 12, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00671-CR

## WILLIAM GERARD PALMER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-00445-K**

## ORDER

The Court **REINSTATES** the appeal.

On October 29, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 10, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 29, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE